Opinion filed October 21,
2010

 

                                                                       In The

                                                                              

  Eleventh
Court of Appeals

                                                                   __________

 

                                                         No. 11-10-00268-CV

                                                    __________

 

                          JIM
AND SHARON MOYLAN, Appellants

 

                                                             V.

 

              KENNETH
LAUGHLIN, KENMOR PROPERTIES LLC 

                    AND
APPLIED FUEL TECHNOLOGY, Appellees



 

                                    On
Appeal from the 91st District Court

                                                          Eastland
County, Texas

                                                 Trial
Court Cause No. CV0941451

 



 

                                            M
E M O R A N D U M    O P I N I O N

            Jim
and Sharon Moylan have filed in this court a motion to dismiss their appeal. 
In their motion, they state that the parties have entered into a settlement and
partial release of the judgment and that they no longer desire to pursue this
appeal.  The motion is granted, and the appeal is dismissed.

 

                                                                                                PER
CURIAM

October 21, 2010

Panel consists of:  McCall, J.,
and Strange, J.

 

Wright, C.J., not participating.